UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE MOORE,

    Plaintiff,                                  Case No. 12-14783
                                                  Hon. Matthew F. Leitman

v.

CARMEN PALMER *et al.*,

    Defendants.

_____/

## ORDER CONCERNING MOTION HEARING REQUIREMENTS

On Friday, June 3, 2016, the Court will hold a hearing on Defendants' Motion for Summary Judgment (ECF #107). **IT IS HEREBY ORDERED** that at the hearing counsel for Plaintiff **and** for Defendants shall:

1. Be prepared to specifically identify (by deposition page and line number) the portion(s) of the Plaintiff's testimony that relates to whether each Defendant, individually, had knowledge of Plaintiff's alleged need for protection. Counsel should be prepared to identify the testimony on a Defendant-by-Defendant basis.

2. Be prepared to specifically identify any evidence related to whether any Defendant drafted, reviewed, and/or had knowledge of the existence or contents of any documents related to Plaintiff's alleged need for protection.

1

Counsel should be prepared to identify the evidence and/or documents on a Defendant-by-Defendant basis.

3. Be prepared to specifically identify any evidence that relates to whether any Defendant retaliated against Plaintiff for exercising his First Amendment rights. Counsel should be prepared to identify this evidence on a Defendant-by-Defendant basis.

**IT IS SO ORDERED.**

`
                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: May 31, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2016, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113