UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE MOORE,

    Plaintiff,                                          Case No. 12-cv-14783
                                                 Hon. Matthew F. Leitman

v.

CARMEN PALMER *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION TO COMPEL (ECF #129)

Plaintiff Maurice Moore ("Moore") is a former inmate of the Michigan Department of Corrections ("MDOC"). On October 29, 2012, Moore filed this action in which he asserted that MDOC employees at three facilities -- Marquette Branch Prison, Michigan Reformatory, and G. Robert Cotton Correctional Facility -- violated his constitutional rights while he was incarcerated. (*See* Compl., ECF #1.) On November 16, 2017, Moore filed a motion to compel discovery against Defendants. (*See* Motion, ECF #129.) Moore specifically "seek[s] the production of (9) specific photographs in their original color format." (*Id.* at Pg. ID 1224.)

The Defendants filed a response to the motion to compel and attached affidavits from employees at the three correctional facilities in question – Marquette Branch Prison, Michigan Reformatory, and G. Robert Cotton Correctional Facility. (*See* ECF #135; Aff. of Aaron Vroman ("Vroman Aff."), ECF #135-2; Aff. of Jerry

1

Hoult ("Hoult Aff."), ECF #135-3; Aff. of Kimberly Napier ("Napier Aff."), ECF #135-4.) In each affidavit, the employee swears under oath that his facility does not have color versions of the photos identified by Moore. (*See* Vroman Aff. at ¶3, ECF #135-2 at Pg. ID 1449 ("After conducting a review of the indicated critical incident report, I have determined that there are no color photographs attached to that report."); Hoult Aff. at ¶3, ECF #135-3 at Pg. ID 1453 (same); Napier Aff. at ¶3, ECF #135-4 at Pg. ID 1457 (same).) Moore has not presented any evidence calling the affidavits into question or indicating that the requested color photographs do, in fact, exist.

**IT IS HEREBY ORDERED** that Moore's motion to compel (ECF #129) is **DENIED** because the nine photographs in their original color format do not exist and therefore cannot be produced.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764